# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JHORDIS DESHON WOODS,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION 1:16-00203-KD-B** |
| ) | **CIVIL ACTION: 1:19-00219-KD-B** |
| **UNITED STATES OF AMERICA,** ) | |
| Respondent. ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 58) made under 28 U.S.C. § 636(b)(1)(B) and dated August 14, 2020, is **ADOPTED** as the opinion of this Court.  Accordingly, it is **ORDERED** that this action is **DISMISSED** as time-barred, Woods is not entitled to issuance of a Certificate of Appealability, and as a result, he should not be permitted to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **11th** day of **September 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**