## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JHORDIS DESHON WOODS,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CRIMINAL ACTION 1:16-00203-KD-B** |
| ) | **CIVIL ACTION: 1:19-00219-KD-B** |
| **UNITED STATES OF AMERICA,** ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** as time-barred; Judgment is entered in favor of Respondent (United States of America) and against Petitioner (Jhordis Deshon Woods); Woods is not entitled to issuance of a Certificate of Appealability; and Woods is not permitted to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **11th** day of **September 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**